No. 89–7411.  VAIL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–7413.  SHAW v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–7414.  SILVERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7425.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7432.  COMBS v. UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–7436.  POLCHLOPEK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–7439.  PERRY v. RICE, SECRETARY OF THE AIR FORCE.  C. A. 4th Cir.  Certiorari denied.

No. 89–7456.  HUNLEY v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 89–7464.  TURNER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 89–7477.  ADAMS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–7478.  GROCHOWSKI v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 89–7479.  ROWLEE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–7480.  WHITE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 89–7481.  GIBSON v. MOORE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–7482.  GIBSON v. CLONTZ ET AL.  C. A. 4th Cir.  Certiorari denied.